# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 24-407 |
| | : | |
| TIMOTHY BOGEN, | : | |
| KEVIN FRINK, | : | |
| DION JACOB, | : | |
| QUINTON JOHNSON, | : | |
| DAVID LONERGAN, | : | |
| DAVID MCBRIEN, | : | |
| RODOLFO RIVERA, | : | |
| GREGORY RICHARDSON, | : | |
| MICHAEL TOAL, and | : | |
| DAMANY WALKER | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Katherine M. Romano and Jessica R. Ecker, Assistant U.S. Attorneys, appearing) and defendants Timothy Bogen (by Michael Rubas, Esq., appearing), Kevin Frink (by Sarah Sulkowski, Esq., appearing), Dion Jacob (by Julian Wilsey, Esq., appearing), Quinton Johnson (by John McMahon, Esq., appearing), David Lonergan (by Bruce Rosen, Esq., appearing), David McBrien (by Michael Calabro, Esq., appearing), Rodolpho Rivera (by Dennis Cleary, Esq., appearing), Gregory Richardson (by Christopher Adams, Esq., appearing), Michael Toal (by Michael Chazen, Esq., appearing), and Damany Walker (by Michael Rosas, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendants

being aware that they has the right to have this matter brought to trial within 70 days of the filing date of the indictment or the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), whichever is later; and the defendants, through their attorneys, having consented to this continuance and having waived such right; and two prior continuances having been entered; and for good cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1)    This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants and the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days;

    (2)    The discovery in the case is voluminous, consisting of, among other things, insurance claims data, billing records, text messages, video recordings, phone records, other electronic documents, bank records, and financial records, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and file pretrial motions;

    (3)    The Court having scheduled oral argument as to any pretrial motions for May 21, 2025;

    (4)    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by

granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this _7th day of January, 2025,

ORDERED that this action be, and hereby is, continued under the Speedy Trial Act from the date this Order is signed through and including May 21, 2025; and it is further

ORDERED that the period from the date this Order is signed through and including May 21, 2025 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MADELINE COX ARLEO
United States District Judge


Form and entry consented to:

*/s/ Katherine M. Romano*
Katherine M. Romano
Jessica R. Ecker
Assistant U.S. Attorneys


 */s/ Michael Rubas*
_____
Michael Rubas, Esq.
Counsel for Defendant Timothy Bogen


 */s/ Sarah Sulkowski*
_____
Sarah Sulkowski, Esq.
Counsel for Defendant Kevin Frink

*/s/ Julian Wilsey*
_____
Julian Wilsey, Esq.
Counsel for Defendant Dion Jacob


*/s/ John McMahon*
_____
John McMahon, Esq.
Counsel for Defendant Quinton Johnson


*/s/ Bruce Rosen*
_____
Bruce S. Rosen, Esq.
Counsel for Defendant David Lonergan


*/s/ Michael Calabro*
_____
Michael Calabro, Esq.
Counsel for Defendant David McBrien


*[see attached sheet]*
_____
Dennis Cleary, Esq.
Counsel for Defendant Rodolfo Rivera


*/s/ Christopher Adams*
_____
Christopher Adams, Esq.
Counsel for Defendant Gregory Richardson


*/s/ Michael Chazen*
_____
Michael Chazen, Esq.
Counsel for Defendant Michael Toal


*/s/ Michael Rosas*
_____
Michael Rosas, Esq.
Counsel for Defendant Damany Walker

_____
Julian Wilsey, Esq.
Counsel for Defendant Dion Jacob

_____
John McMahon, Esq.
Counsel for Defendant Quinton Johnson

_____
Bruce S. Rosen, Esq.
Counsel for Defendant David Lonergan

_____
Michael Calabro, Esq.
Counsel for Defendant David McBrien

/s/ Dennis Cleary
_____
Dennis Cleary, Esq.
Counsel for Defendant Rodolfo Rivera

_____
Christopher Adams, Esq.
Counsel for Defendant Gregory Richardson

_____
Michael Chazen, Esq.
Counsel for Defendant Michael Toal

_____
Michael Rosas, Esq.
Counsel for Defendant Damany Walker